UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERMELL DARNELL JOHNSON and
RICK L. SOLOMON,

    Plaintiffs,

v.                                                  Case No. 2:09-cv-264
                                                  HON. R. ALLAN EDGAR

STEVEN A. COHEN and
PAUL ALLEN,

    Defendants.
_____/

## MEMORANDUM AND ORDER

      Plaintiffs Jermell Darnell Johnson a/k/a Khalil Johnson and Rick L. Solomon are Michigan state prisoners in the custody of the Michigan Department of Corrections. They bring this action pursuant to 28 U.S.C. § 1338 for alleged copyright violations.

      On December 9, 2010, Magistrate Judge Timothy P. Greeley submitted his report recommending that the plaintiffs' complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to timely effect service of process. Plaintiffs have not timely filed an objection to the report and recommendation. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

      SO ORDERED.

      Date: January 5, 2011.

                                                              */s/ R. Allan Edgar*
                                                       R. ALLAN EDGAR
                                                       UNITED STATES DISTRICT JUDGE